

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00549-CV

| | | |
|---|---|---|
| WILLIS ALAN HIZAR, Appellant | § | On Appeal from County Court at Law No. 1 |
| v. | § | of Tarrant County (2024-008451-1) |
| | § | March 20, 2025 |
| 777 ER, LLC, Appellee | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the judgment of the trial court is vacated and that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM